AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| Netwise Data, LLC | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. |
| ARC Management Group, LLC | ) | **15-CV-80523-Marra/Matthewman** |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ARC Management Group, LLC
1825 Barrett Lakes Blvd.
Kennesaw, GA 30144

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Edwin C. Lunsford, III, Esq
Eavenson Fraser & Lunsford, PLLC
2000 PGA Blvd. Suite 3200
Palm Beach Gardens, FL 33408

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Apr 23, 2015



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ S. Reid
Deputy Clerk
U.S. District Courts